| PROB 22 (Rev. 8/97) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* M-08-363-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:15-00007-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Byron Francisco Cordero-Delgado | DISTRICT Southern District of Texas | DIVISION McAllen |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Randy Crane | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/13/12    TO 06/12/14 |

**OFFENSE**

Being found in the U.S. after previous deportation, in violation of 8 U.S.C. § 1326(a) and 1326(b).

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, MCALLEN DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee, Nashville Division, on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving Court without approval of this court. See 18 U.S.C. 3605.

January 7, 2015
*Date*

*Randy Crane* (signature)
Honorable Randy Crane
United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

1-21-15
*Effective Date*

(signature)
United States District Judge